KATHERINE A. MANUEL, CA Bar. No. 340838
katherine.manuel@ogletree.com
ALLISON J. FERNANDEZ, CA Bar No. 272853
allison.fernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:     415-442-4810
Facsimile:     415-442-4870

Attorneys for Defendant
HERC RENTALS, INC.

GAREN NADIR
MARLIS | PARK, P.C.
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA  90010
Telephone:    323-922-2000
Facsimile:    323-

Attorneys for Plaintiff
ERIK RUDOLPH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUDOLPH, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERC RENTALS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:21-cv-02304-KJM-KJN<br><br>**ORDER GRANTING EXTENSION OF FACT DISCOVERY CUTOFF AND MOTION DEADLINES**<br><br>Complaint Filed:  October 8, 2021<br>Trial Date:　　　None Set<br>Judge:　　　　　Hon. Kimberly J. Mueller |

**ORDER**

The court, having reviewed the parties' stipulation and good cause appearing, hereby GRANTS the parties' request to modify the court's case management order (ECF No. 10).

1. The fact discovery cutoff is continued to January 30, 2023; and
2. The deadline for the Court to hear dispositive motions is continued to May 12, 2023.

**IT IS SO ORDERED.**

DATED: October 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE