UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUDOLPH, | No. 2:21–cv–2304–KJM–KJN |
| Plaintiff, | ORDER |
| v. | (ECF Nos. 21, 24.) |
| HERC RENTALS, INC., | |
| Defendant. | |

On January 9, 2023, the court held an informal conference regarding the parties' discovery disputes. Garen Nadir appeared on behalf of plaintiff, and Allison Fernandez appeared on behalf of defendant. For the reasons stated at the hearing, it is HEREBY ORDERED that:

1. Plaintiff shall, within one week of this order, produce to defendant a privilege log generally describing the categories of documents contained in the Kaiser production;
2. Defendant shall promptly withdraw its subpoena to plaintiff's former employer, and thereafter counsel shall confer over a narrower scope of production of these records, considering their potential relevance to the claims and defenses as well as plaintiff's right to privacy.

Dated: January 11, 2023

rudo.2304

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1