KATHERINE A. MANUEL, CA Bar. No. 340838
katherine.manuel@ogletree.com
ALLISON J. FERNANDEZ, CA Bar No. 272853
allison.fernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:     415-442-4810
Facsimile:      415-442-4870

Attorneys for Defendant
HERC RENTALS, INC.

GAREN NADIR
MARLIS | PARK, P.C.
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA  90010
Telephone:    323-922-2000
Facsimile:     323-

Attorneys for Plaintiff
ERIK RUDOLPH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUDOLPH, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERC RENTALS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:21-cv-02304-KJM-KJN<br><br>**ORDER GRANTING EXTENSION OF FACT DISCOVERY CUTOFF AND MOTION DEADLINES**<br><br>Complaint Filed:  October 8, 2021<br>Trial Date:　　　None Set<br>Judge:　　　　　Hon. Kimberly J. Mueller |

**ORDER**

The Court, having reviewed the Parties' stipulation and good cause appearing therefor, hereby ORDERS The Court's Case Management Order (ECF No. 16) shall be modified as follows:

1. The fact discovery cutoff is continued to May 1, 2023; and
2. The deadline for the Court to hear dispositive motions is continued to September 1, 2023.

**IT IS SO ORDERED.**

DATED:  January 23, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE